on appeal does not begin to run until the settlement and filing of the case and exceptions on appeal.

THOMPSON–BONNEY CO., Respondent, v. I. S. VAN LOAN CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 1, 1907.) Action by the Thompson-Bonney Company against the I. S. Van Loan Company. No opinion. Motion denied, on condition that the defendant pay $10 costs and forthwith perfect the appeal and file the return in this court; otherwise, motion granted, with $10 costs.

TIMERSON, Appellant, v. HOPEMAN et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 20, 1907.) Action by Pearl Timerson, as, etc., against Eugene Hopeman and another. PER CURIAM. Judgment and order affirmed, with costs. SPRING and KRUSE, JJ., dissent.

TITLE GUARANTEE & TRUST CO., Respondent, v. MARCUSON et al., Appellants. (Supreme Court, Appellate Term. April 10, 1907.) Appeal from Municipal Court, Borough of Manhattan, Eleventh District. Action by the Title Guarantee & Trust Company against Alexander S. Marcuson and another. From a Municipal Court judgment in favor of plaintiff, defendants appeal. Modified and affirmed. Samuel J. Rawak, for appellants. Albert A. Hovell, for respondent.
PER CURIAM. The action is for services in searching two titles. The defendants claim they never ordered the titles searched, and, in any event, plaintiff failed to perform its part of the alleged contract. There was a sharp conflict of proof, and the justice found for plaintiff in the sum of $102.75, the whole amount claimed, with $19.31 costs. It is, however, conceded by plaintiff's witness Pettit, corroborated by plaintiff's Exhibits 3 and 4, and not disputed by any other witness, that a commission of 15 per cent. was to be deducted from the claim in favor of defendant's attorney on the titles, which would reduce the claim for one title from $42.75 to $36.34, and the claim for the other title from $60 to $51, making a reduction from the original claim allowed of $102.75 to $87.34. The judgment should be modified, by reducing the damages from $102.75 to $87.34, and, as modified, affirmed, with appropriate costs in the court below, but without costs of this appeal.

TITLE INS. CO. OF NEW YORK, Respondent, v. LOBEL, Appellant. (Supreme Court, Appellate Division, Second Department. March 1, 1907.) Action by the Title Insurance Company of New York against Herman Lobel. No opinion. Judgment of the Municipal Court affirmed, with costs.

TORRES, Respondent, v. FERNANDEZ, et al., Appellants. (Supreme Court, Appellate Division, First Department. February 25, 1907.) Action by Joseph L. Torres against Andrew Fernandez and others. C. K. Carpenter, for appellants. W. H. Ford, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

TOWER et al., Respondents, v. FREY et al., Appellants. (Supreme Court, Appellate Division, First Department. June 15, 1906.) Appeal from Special Term. Action by George W. Tower and others against Rose Frey and others. From an order granting leave to serve an amended complaint, defendants appeal. Order modified, and, as modified, affirmed.
PER CURIAM. We are not disposed to interfere with the disposition made of this motion at Special Term, except in the matter of costs, which, we think, in view of the nature of the amendments and the length of time that was allowed to elapse before the motion was made, are inadequate. As a condition the plaintiffs should have been required to pay the costs of the action up to the time of the amendments, including $10 costs of the motion, and the order should accordingly be modified, with $10 costs and disbursements of this appeal to the appellants.

TOWNSHEND v. KEENAN et al. (Supreme Court, Appellate Divison, First Department. March 27, 1907.) Action by John Townshend against Joseph P. Keenan, impleaded with others. No opinion. Motion denied. Order filed.

TULL v. EQUITABLE LIFE ASS'N SOCIETY. (Supreme Court, Appellate Division, First Department. March 8, 1907.) Action by Herbert G. Tull against the Equitable Life Association Society. No opinion. Motion denied.

UBART, Respondent, v. BALTIMORE & O. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 1, 1907.) Action by John Ubart, as administrator, etc., of Lizzie Ubart, deceased, against the Baltimore & Ohio Railroad Company. No opinion. Order affirmed, with $10 costs and disbursements.

UBART, Respondent, v. BALTIMORE & O. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 15, 1907.) Action by John Ubart, as administrator, etc., of Lizzie Ubart, deceased, against the Baltimore & Ohio Railroad Company. No opinion. Motion denied, with costs.

UNITED STATES CONDENSED MILK CO., Respondent, v. BUCKNAM et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 13, 1907.) Action by the United States Condensed Milk Company against Alfred S. Bucknam and another. No opinon. Order affirmed, with $10 costs and disbursements.

UNITED STATES TITLE GUARANTY & INDEMNITY CO., Appellant, v. GRIFFIN, Respondent. (Supreme Court, Appellate Division, First Department. April 19, 1907.) Action